IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WEISWASSER,

        Plaintiff,                    No. CIV S-04-2380 LKK GGH P

   vs.

CAL TERHUNE, et al.,

        Defendants.           ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On March 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

       Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility

1  to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),[1]
2  service of documents at the record address of the party is fully effective.

3          The court has reviewed the file and finds the findings and recommendations to be
4  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
5  ORDERED that:

6          1. The findings and recommendations filed March 3, 2005, are adopted in full;
7  and

8          2. This action is dismissed for plaintiff's failure to keep the court apprised of his
9  current address.  See Local Rules 83-182(f) and 11-110.

10 DATED: July 12, 2005.

12         /s/Lawrence K. Karlton
           UNITED STATES DISTRICT JUDGE

13 /weis2380.802

---

25    [1]Local Rule 82-183(d) cited in the Findings and Recommendations is based on the 1997
26 E.D. Local Rules.  The applicable subsection of the Eastern District Local Rules of 2005 is Local Rule 82-183(f).